IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:                                BANKRUPTCY CASE NO.: 3:03-bk-02351
                                            CHAPTER 13

BOCK, RICHARD L.
BOCK, PATRICIA A.,

        Debtors.
_____/

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On this day came, Robert W. Trumble, counsel for DaimlerChrysler Services North America, LLC, successor by merger to Mercedes-Benz Credit Corporation, William A. O'Brien, counsel for the Debtors, Richard L. Bock and Patricia A. Bock and Helen Morris, Chapter 13 Trustee for the Bankruptcy Estate of Richard L. Bock and Patricia A. Bock, and announced to the Court that the parties had agreed to the entry of an Order to Modify the Automatic Stay imposed by § 362(a) of the Bankruptcy Code to allow DaimlerChrysler to take possession of, foreclose upon and sell that certain 1998 FLD120064S Freightliner VIN 1FUYDSEB2EWP892709 (hereinafter the "Collateral"), owned by the Debtor, Richard L. Bock, in which DaimlerChrysler possesses a perfected first lien security interest.

After due consideration of the agreement of Debtor and the Chapter 13 Trustee to DaimlerChrysler's request for relief from the automatic stay, as evidenced by the signatures below of the Counsel for Creditor, Trustee and counsel for the Debtor, and for good cause shown, the Court does hereby ORDER that the automatic stay provided in 11 U.S.C. § 362 of the Bankruptcy Code is terminated with respect to the Collateral. It is further,

ORDERED that the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure are waived and this Agreed Order shall be in full force and effect upon signature of this Court. It is further,

ORDERED, that the entry of this Order relieves the Trustee from making any further disbursements pursuant to the claim previously filed by DaimlerChrysler in this case unless DaimlerChrysler files an amended claim within 90 days for a deficiency claim from the liquidation of the collateral.

Entered: _____

_____
Judge, L. Edward Friend, II
United States Bankruptcy Court

_/s/ Robert W. Trumble_____
Robert W. Trumble, Esquire
West Virginia State Bar I.D. No. 3804
275 Aikens Center
Post Office Box 2509
Martinsburg, West Virginia 25402-2509
(304) 264-4621

***Counsel for DaimlerChrysler Services
North America, LLC***

_/s/ William A. O'Brien_____
William A. O'Brien, Esquire
West Virginia State Bar I.D. No. **2767**
201 East John Street
Post Office Box 6068
Martinsburg, West Virginia 25402

***Counsel for Debtors,
Richard L. and Patricia A. Bock***

_____
Helen M. Morris, Chapter 13 Trustee
Post Office Box 8535
South Charleston, West Virginia 25303

***Chapter 13 Trustee for the Bankruptcy Estate
of Richard L. and Patricia A. Bock***

Entered: 2/12/04

Judge, L. Edward Friend, II
United States Bankruptcy Court

Robert W. Trumble, Esquire
West Virginia State Bar I.D. No. 3804
275 Aikens Center
Post Office Box 2509
Martinsburg, West Virginia 25402-2509
(304) 264-4621

*Counsel for DaimlerChrysler Services
North America, LLC*

William A. O'Brien, Esquire
West Virginia State Bar I.D. No. _____
201 East John Street
Post Office Box 6068
Martinsburg, West Virginia 25402

*Counsel for Debtors,
    Richard L. and Patricia A. Bock*

Helen M. Morris, Chapter 13 Trustee
Post Office Box 8535
South Charleston, West Virginia 25303

*Chapter 13 Trustee for the Bankruptcy Estate
of Richard L. and Patricia A. Bock*